[No. 60117-2-I.   Division One.   July 21, 2008.]

LUMPKIN, INC., ET AL., *Respondents*, v. WOODINVILLE BUSINESS CENTER NO. 1 ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-33756-7, William L. Downing, J., entered May 21, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Lau, J.

[No. 60134-2-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND DWAYNE McCOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03538-7, Paris K. Kallas, J., entered June 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60135-1-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00294-1, Harry J. McCarthy, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60362-1-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AZIA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09821-4, Gregory P. Canova, J., entered July 10, 2007. *Dismissed* by unpublished per curiam opinion.